CHARLES F. NOYES COMPANY, INC., Appellant, v. ALFREDO SELGAS and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ESTELLE R. LEFKOWITZ and DORA LEFKOWITZ, Respondents, v. MICHAEL BERNSTEIN, Appellant, Impleaded with DANIEL M. LEFKOWITZ and Another, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MAIORANO, alias ANTHONY MALORANO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.